IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PARCEL STRATEGIES, LLC**                                                                                    **PLAINTIFF**

v.                                    **CASE NO. 4:22-CV-00244-BSM**

**JONATHAN HUNTER BASKIN,** *et al.*                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 8th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE